UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

~~United States District~~ Court
Southern District of Texas
**ENTERED**
April 12, 2016
David J. Bradley, Clerk

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., <br> As Broadcast Licensee of the May 5, 2012 <br> Floyd Mayweather, Jr. v. Miguel Cotto Event, <br>     *Plaintiff*, <br><br> *versus* <br><br> 1) SOUTHMORE GROUP, LLC, individually and d/b/a SUGARHILL LOUNGE a/k/a SUGARHILL BAR & LOUNGE a/k/a SUGARHILL; <br><br> 2) ROBERT J. WRIGHT a/k/a ROBERT L. WRIGHT, individually, and d/b/a SUGARHILL LOUNGE a/k/a SUGARHILL BAR & LOUNGE a/k/a SUGARHILL; <br><br> 3) STEVEN ROGERS a/k/a STEVE ROGERS, individually, and d/b/a SUGARHILL LOUNGE a/k/a SUGARHILL BAR & LOUNGE a/k/a SUGARHILL; and <br><br> 4) ROSETTA R. ROGERS, individually, and d/b/a SUGARHILL LOUNGE a/k/a SUGARHILL BAR & LOUNGE a/k/a SUGARHILL, <br>     *Defendants*. | § § § § § § § § § § § § § § § § § § § § § § § § § <br><br> CIVIL ACTION NO. 4:15-CV-01122 |

## Order of Adoption

On March 14, 2016, Magistrate Judge Stephen Wm. Smith issued a memorandum and recommendation (Dkt. 14) to which the defendants have not timely objected. After considering the record and the law, the court adopts the memorandum and recommendation as its opinion. Plaintiff's motion for default judgment is granted. The court will issue a separate final default judgment.

Signed April 12, 2016, at Houston, Texas.

                                                            Lynn N. Hughes <br>
                                                      United States District Judge